## IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: ALEJANDRO DAVID TAPIA POLA

Bkrtcy. No. 10-03156-BKT

Chapter 13

### STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Apr 19, 2010 | Meeting Date: May 20, 2010 | DC Track No. 1 |
| Days from petition date: 31 | Meeting Time: 8:00 AM | |
| 910 Days before Petition: 10/22/2007 | ☐ Chapter 13 Plan Date: May 11, 2010 Dkt.# 10 | ☐ Amended. |
| This is debtor(s) 1 Bankruptcy petition. | Plan Base: $5,220.00 | |
| This is the ___ Scheduled Meeting | Confirmation Hearing Date: Jun 18, 2010 | Time: 3:00 PM |

Payment(s) ☐ Received or ☑ Evidence shown at meeting:
Ck/MO No. 9319
Date: 5/14/2010
Amount: 145.00
Total Paid In: $0.00

**I. Appearances:** ☐ Telephone ☐ Video Conference
- ☑ Debtor Present ☑ ID & Soc. OK ☐ Debtor Absent
- ☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
- Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☑ Present ☐ Not Present
- ☐ Substitute attorney: ☐ Pro-se.

☑ Creditor(s) present: ☐ None.
Treasury - Arroyo
BPPR - Herrera
F. Bank - Sanchez

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: CARLO J RODRIGUEZ PUIGDOLLERS*
Total Agreed: $3,000.00    Paid Pre-Petition: $500.00    Outstanding: $2,500.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☑ Under ☐ Above Median Income. Liquidation Value: ⌀
- Commitment Period is ☑ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: N/A
- The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: ___

**V. Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)] ☑ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
(1) Submit evidence of lien of property with Asoc. de Residentes. Liquidation value may arise.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: May 20, 2010